| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Andre M. | 2. Court or Organization<br><br>Court of Appeals for the Fourth Circuit | 3. Date of Report<br><br>05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U S Courthouse<br>101 W. Lombard Street<br>Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | University of MD School of Law Board of Visitors |
| 2. Member | University of MD School of Law Dean Search Committee |
| 3. Instructor | University of MD School of Law |
| 4. Instructor | National Judicial College |
| 5. Lecturer | Pass the Maryland Bar, Inc. |
| 6. Director | Open Society Institute-Baltimore |
| 7. Member of the Board | Baltimore Urban Debate League, Inc. |
| 8. Member of the Board | Community Law in Action, Inc. |

2010 MAY 24 A 11: 15 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Davis, Andre M.

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/24/2009 | State of MD | $3,750.00 |
| 2. 4/1/2009 | Pass the Maryland Bar, Inc. | $1,008.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2009 | Self Employed Education Consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | September 28-October 2, 2009 | Cambridge, MA | Instructor/Trial Advocacy Course | Transportation, Lodging, and Food |
| 2. | Villanova Law School | February 21, 2009 | Villanova, PA | Moot court | Transportation, Lodging, and Food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sovereign Bank | Mortgage on Rental Property/ Eastham, MA | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/d /yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | A | Interest | K | T | | | | | |
| 2. Capital One Accounts | A | Interest | J | T | | | | | |
| 3. Bank of America Accounts | A | Interest | K | T | | | | | |
| 4. Google Common Stock | | None | | | Sold | 06/08/09 | K | A | |
| 5. Legg Mason Common Stock | A | Dividend | | | Sold | 01/29/09 | K | A | |
| 6. Roper Indus. Common Stock | A | Dividend | | | Buy | 01/06/09 | J | | |
| 7. -- | | | | | Sold (part) | 04/14/09 | J | A | |
| 8. -- | | | | | Sold | 05/27/09 | K | A | |
| 9. Suntech Power Hldgs Common Stock | | None | | | Buy | 02/02/09 | J | | |
| 10. -- | | | | | Sold | 05/21/09 | K | D | |
| 11. AES Corp. Common Stock | | None | | | Buy | 04/07/09 | J | | |
| 12. -- | | | | | Buy (add'l) | 04/14/09 | J | | |
| 13. -- | | | | | Sold | 06/19/09 | K | C | |
| 14. Apartment Investment & Management Co Class A Common Stock | A | Dividend | | | Buy | 01/06/09 | J | | |
| 15. -- | | | | | Buy (add'l) | 02/13/09 | J | | |
| 16. -- | | | | | Buy (add'l) | 04/07/09 | J | | |
| 17. -- | | | | | Buy (add'l) | 04/14/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- | | | | | Sold | 05/27/09 | K | C | |
| 19. Bank of America Common Stock | A | Dividend | | | Buy (add'l) | 01/06/09 | J | | |
| 20. -- | | | | | Buy (add'l) | 01/20/09 | J | | |
| 21. -- | | | | | Buy (add'l) | 01/29/09 | J | | |
| 22. -- | | | | | Buy (add'l) | 01/13/09 | J | | |
| 23. -- | | | | | Sold (part) | 02/24/09 | K | C | |
| 24. -- | | | | | Sold (part) | 05/12/09 | J | D | |
| 25. -- | | | | | Sold | 06/08/09 | J | D | |
| 26. Clean Energy Fuels Corp. Common Stock | | None | | | Buy | 02/24/09 | J | | |
| 27. -- | | | | | Sold | 06/04/09 | K | D | |
| 28. General Electric Common Stock | A | Dividend | | | Buy (add'l) | 01/29/09 | J | | |
| 29. -- | | | | | Buy (add'l) | 02/13/09 | J | | |
| 30. -- | | | | | Sold | 06/04/09 | K | A | |
| 31. Hewlett Packard Common Stock | A | Dividend | | | Buy (add'l) | 01/06/09 | J | | |
| 32. -- | | | | | Buy (add'l) | 02/13/09 | J | | |
| 33. -- | | | | | Sold | 06/04/09 | K | B | |
| 34. Johnson & Johnson Common Stock | | None | | | Sold | 02/13/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Merck Common Stock | A | Dividend | | | Sold | 06/04/09 | K | A | |
| 36. Qwest Communications Common Stock | A | Dividend | | | Sold | 06/04/09 | K | A | |
| 37. Starbucks Common Stock | | None | | | Buy | 01/29/09 | J | | |
| 38. - | | | | | Sold | 04/15/09 | K | B | |
| 39. Verizon Common Stock | | None | | | Sold | 01/16/09 | K | A | |
| 40. Lines 40 to 78 report CLOSED-END and EXCHANGE TRADED FUNDS | | | | | | | | | |
| 41. India Fund | | None | K | T | Sold (part) | 01/06/09 | K | A | |
| 42. IShares Silver Trust | A | Distribution | J | T | Sold (part) | 02/24/09 | J | D | |
| 43. IShares S & P Global Clean Energy | A | Dividend | | | Sold | 02/02/09 | J | A | |
| 44. IShares MSCI Brazil Index | | None | | | Buy | 05/27/09 | K | | |
| 45. -- | | | | | Sold | 06/08/09 | K | A | |
| 46. IShares HK China Index | | None | | | Buy | 05/27/09 | K | | |
| 47. -- | | | | | Sold | 06/08/09 | K | B | |
| 48. IShares MSCI emerging Markets Index | | None | | | Buy | 04/14/09 | K | | |
| 49. -- | | | | | Buy (add'l) | 04/15/09 | J | | |
| 50. -- | | | | | Sold | 06/04/09 | K | D | |
| 51. Morgan Stanley China A Shares Fund | A | Dividend | | | Buy (add'l) | 01/06/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- | | | | | Sold | 01/29/09 | K | A | |
| 53. Powershares Wilderhill Clean Energy Portfolio | | None | | | Buy (add'l) | 02/02/09 | J | | |
| 54. -- | | | | | Buy (add'l) | 04/14/09 | J | | |
| 55. -- | | | | | Buy (add'l) | 04/16/09 | J | | |
| 56. -- | | | | | Sold | 06/04/09 | K | D | |
| 57. Powershares QQQ Trust Series 1 | A | Dividend | | | Buy (add'l) | 04/14/09 | J | | |
| 58. -- | | | | | Sold (part) | 04/07/09 | J | B | |
| 59. -- | | | | | Sold | 06/04/09 | K | D | |
| 60. Powershares Ex Traded FD Dynamic Clean Tech Port Trust | A | Dividend | K | T | | | | | |
| 61. Powershares Golden Dragon Halter USX China Portfolio (X) | A | Dividend | K | T | | | | | |
| 62. Royce Micro Cap Trust | | None | | | Buy (add'l) | 01/29/09 | J | | |
| 63. -- | | | | | Buy (add'l) | 02/02/09 | J | | |
| 64. -- | | | | | Buy (add'l) | 03/06/09 | J | | |
| 65. -- | | | | | Buy (add'l) | 05/18/09 | J | | |
| 66. -- | | | | | Sold | 06/04/09 | J | B | |
| 67. Royce Focus Trust, Inc. | A | Dividend | | | Buy (add'l) | 01/06/09 | K | | |
| 68. -- | | | | | Buy (add'l) | 02/13/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- | | | | | Buy (add'l) | 03/16/09 | J | | |
| 70. -- | | | | | Sold | 06/04/09 | K | C | |
| 71. Select Sector SPDR Utilities | A | Dividend | | | Buy | 03/25/09 | K | | |
| 72. -- | | | | | Buy (add'l) | 03/31/09 | J | | |
| 73. -- | | | | | Sold | 06/09/09 | J | A | |
| 74. Select Sector SPDR TRX Financial | | None | | | Buy (add'l) | 04/15/09 | J | | |
| 75. -- | | | | | Sold | 06/09/09 | K | A | |
| 76. Templeton Dragon Fund | | None | | | Sold | 04/14/09 | K | A | |
| 77. Diamonds Trust Series 1 | | None | | | Buy | 05/27/09 | K | | |
| 78. -- | | | | | Sold | 06/04/09 | K | A | |
| 79. Lines 80 to 84 report MUTUAL FUNDS | | | | | | | | | |
| 80. Davis NY Venture Fund Class C | A | Dividend | K | T | | | | | |
| 81. Europacific Growth Fund Class A | A | Distribution | K | T | | | | | |
| 82. Legg Mason Opportunity Trust | | None | J | T | | | | | |
| 83. Legg Mason Value Trust | A | Distribution | J | T | | | | | |
| 84. T Rowe Price Growth Fund | A | Distribution | J | T | | | | | |
| 85. Rental Property--Eastham, MA (X) | A | Rent | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust No. 1 This is an income beneficiary trust. | E | Distribution | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544